UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    Criminal No. 2:24-cr-194

MICHAEL DAVID BARKER,

    Defendant.

## MOTION TO CONTINUE SENTENCING AND RELATED DEADLINES

Defendant Michael David Barker respectfully requests, and the United States does not oppose, a sixty (60) day continuance of the sentencing and related presentence deadlines. The continuance is justified by a variety of factors.

First, the defendant is in the process of selling property with the expectation of making a substantial restitution payment prior to sentencing. An arms-length sale by the defendant – as opposed to a forfeiture sale by the United States – is preferred by both the defendant and the United States.

Second, the defendant is a full member of the Local 80 Insulator's Union. Once the property is disposed of, the defendant expects to be able to secure full time employment through his union which will hopefully enable him to make additional restitution contributions and which will necessitate changes to the financial information contained in his presentence report. By contrast, the Defendant currently receives only State Unemployment Insurance, which expires soon and does not enable the defendant to meet his current expenses or to contribute toward the anticipated restitution obligation.

Third, the United States continues to follow up on investigative leads that require additional time to resolve and which may become relevant for purposes of sentencing regarding the defendant.

For these reasons, the Defendant respectfully requests, and the United States does not oppose, a sixty (60) day continuance of the sentencing as well as the related presentence deadlines.

Dated: May 2, 2025

                                                  **MICHAEL DAVID BARKER,**

                                                  **By Counsel,**

                                                  /s/ Isaac R. Forman
                                                  Isaac R. Forman (WVSB #11668)
                                                  Hissam Forman Donovan Ritchie PLLC
                                                  P.O. Box 3983
                                                  Charleston, WV 25339
                                                  681-265-3802 *office*
                                                  304-982-8056 *fax*
                                                  iforman@hfdrlaw.com