**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                   CRIMINAL ACTION NO. 2:24-cr-00194

MICHAEL DAVID BARKER,

        Defendant.

**ORDER**

For reasons appearing to the Court, the sentencing hearing currently scheduled for October 2, 2025, is **CONTINUED** to **October 16, 2025, at 2:00 p.m.** The dates regarding the presentence report are amended as follows:

1.     The Probation Office shall prepare and forward a draft presentence report to the United States and counsel for the Defendant no later than **September 4, 2025**;

2.     The United States Attorney and counsel for the Defendant shall file objections to the draft presentence report no later than **September 18, 2025**; and,

3.     The Probation Office shall submit a final presentence report to the Court no later than **October 2, 2025.**

The Government and the Defendant **must** file a Sentencing Memorandum addressing the sentencing factors set forth in 18 U.S.C. § 3553(a) as each party believes they may pertain to this case. The Sentencing Memorandum **must** also address any such matters that have not already been addressed in the form of motions or objections to the Presentence Report and may include argument as to the sentence to be imposed. Any arguments as to the sentence imposed must be individually and separately raised, and clearly addressed in the Sentencing Memorandum. *See, e.g.*, *United States v. Ross*, 912 F.3d 740, 744 (4th Cir. 2019) (requiring sentencing courts to

"address or consider all non-frivolous reasons presented for imposing a different sentence and explain why [it] has rejected those arguments." (citing *United States v. Blue*, 877 F.3d 513, 518 (4th Cir. 2017))). The filing of the Sentencing Memorandum is **MANDATORY**. The Sentencing Memoranda shall be no more than ten (10) pages in length, unless leave is granted by the Court for additional pages and shall be filed with *and received by* the Clerk no later than **October 9, 2025**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: June 2, 2025

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE