

# U.S. District Court

## West Virginia Southern - Charleston

Receipt Date: Nov 10, 2025 3:26PM

MICHAEL D. BARKER

Rcpt. No: 2004623                Trans. Date: Nov 10, 2025 3:26PM                Cashier ID: #MS (2525)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 700 | Criminal Debt | DWVS224CR000194 /001<br>MICHAEL DAVID BARKER | 1 | 62411.00 | 62411.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| PC | Paper Check | #2019092694 | 11/10/2025 | | $62,411.00 |
| | | | Total Due Prior to Payment: | | $62,411.00 |
| | | | Total Tendered: | | $62,411.00 |
| | | | Total Cash Received: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.